UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYSON L. HARE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; COOK MEDICAL, LLC; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00057-WBS-KJN <br><br> Judge: Hon. William B. Shubb <br> Ctrm: 14 <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TRIAL DATE** <br><br> Complaint filed: January 8, 2019 |

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TRIAL DATE**

Having reviewed the parties' Joint Stipulation to Extend Trial Date, and being duly advised of the basis for the same, the Court hereby adopts the Joint Stipulation to Extend Trial Date and amends the deadlines in the Court's July 19, 2019 Scheduling Order, ECF No. 20, as follows:

1. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before November 30, 2020.
2. The Final Pretrial Conference shall take place on March 1, 2021, at 1:30 p.m. in Courtroom No. 5.
3. Trial is set for May 4, 2021, at 9 a.m. The parties estimate that trial will last approximately 10 to 14 days.

All other deadlines in the Court's July 19, 2019 Scheduling Order remain in full force and effect.

Dated: November 22, 2019

/s/ JOHN A. MENDEZ
for WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved as to Form:

Dated: November 19, 2019

SUBMITTED BY:

DOWNEY BRAND L.L.P.

By: */s/Jennifer L. Williams*
    Matthew J. Weber
    Jennifer L. Williams

SHOOK, HARDY & BACON LLP

By: */s/ Michael J. Kleffner*
    Robert T. Adams
    Michael J. Kleffner

Attorneys for Defendant Cook Medical LLC


BRELSFORD ANDROVICH & WHITE

By: */s/R. Parker White*
    R. Parker White
    As authorized on: November 6, 2019

Attorney for Plaintiff Grayson L. Hare, Jr.


U.S. ATTORNEY'S OFFICE, CIVIL DIVISION

By: */s/Jeffrey J. Lodge*
    Jeffrey James Lodge
    As authorized on: November 15, 2019

Attorney for Defendant United States of America

1597096.1