R. PARKER WHITE, SBN 95579
JOSEPH A. ANDROVICH, SBN 261788
**BRELSFORD, ANDROVICH & WHITE**
1001 G Street, Suite 301
Sacramento, CA 95814
Phone: (916) 449-1300
Fax: (916) 449-1320
Email: jandrovich@baw-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYSON L. HARE, JR.<br><br>　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA; COOK MEDICAL, LLC; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00057-WBS-KJN<br><br>**ORDER ON JOINT STIPULATION TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL [DKT. 20]** |

IT IS HEREBY ORDERED that the Case Management and Pretrial Order for Jury Trial [Dkt. No. 20], pursuant to the stipulation between the parties, is amended as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | 3/10/2021 |
| Expert reports: | 4/15/2021 (opening reports) |
| | 5/17/2021 (rebuttal reports) |
| Dispositive motions Filing): | 6/24/2021 |
| Final Pretrial Conference: | **8/30/2021 at 1:30 p.m.** |
| Trial Date: | **10/26/2021 at 9:00 a.m.** |

Plaintiff's Opposition to Defendant Cook Medical's Motion for Judgment on the Pleadings: 6/10/20.

In addition, Plaintiff's opposition to Defendant Cook Medical, LLC's Motion for Judgment on the Pleadings was to be filed and served on April 10, 2020.  The parties stipulate to a 60 day continuance for Plaintiff to file his opposition to Defendant Cook Medical, LLC's Motion for Judgment on the Pleadings.  Therefore, Plaintiff's opposition to Defendant Cook Medical, LLC's Motion for Judgment on the Pleadings is to be filed and served no later than June 10, 2020. A reply to Plaintiff's Opposition to Defendant Cook Medical, LLC's Motion for Judgment on the Pleadings is to be filed on or before June 17, 2020.  The motion hearing date for Defendant Cook Medical, LLC's Motion for Judgment on the Pleadings is **June 29, 2020 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  April 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE