UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GRAYSON L. HARE, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; COOK MEDICAL, LLC; and DOES 1 through 30, inclusive,<br><br>        Defendants. | No. 2:19-cv-00057<br><br>ORDER RE: MOTION FOR JUDGMENT ON THE PLEADINGS |

----oo0oo----

Plaintiff Grayson L. Hare, Jr., filed this action against defendants United States of America, Cook Medical, LLC, and Does 1 through 50, arising from injury sustained after the placement of a stent manufactured by Cook Medical.  Before the court is defendant Cook Medical's motion for judgment on the pleadings.  (Docket No. 23.)

Against defendant Cook Medical, plaintiff pleads only a claim for products liability.  (Compl. at 4-6 (Docket No. 1).) Defendant contends that the complaint's allegations are

1

conclusory and insufficiently pleaded to avoid federal preemption under the Federal Medical Device Amendments ("MDA"), 21 U.S.C. § 360c et seq., to the Federal Food, Drug, and Cosmetic Act. (Mot. at 6-10 ("Plaintiff's Complaint does not . . . allege 'the particular federal requirement that was violated, and how.'" (Mot. at 10.).) Plaintiff agrees in part and requests leave to amend the complaint to further detail defendant's allegedly wrongful conduct. (Opp'n at 2 (Docket No. 28).)

The court held a hearing on June 29, 2020. Considering the early stage of the proceedings, and plaintiff's concession that the complaint is insufficient, the court will grant plaintiff's request to amend the complaint to properly delineate the negligent aspect of Cook Medical's conduct.

Plaintiff is granted 14 days from the date of this Order to file a First Amended Complaint consistent with this Order; and IT IS THEREFORE ORDERED that defendant Cook Medical's motion for judgment on the pleadings (Docket No. 23) be, and the same hereby is, DENIED without prejudice to defendant subsequently moving for dismissal or judgment on the pleadings after the First Amended Complaint is filed.

Dated: June 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2