R. PARKER WHITE, SBN 95579
JOSEPH A. ANDROVICH, SBN 261788
**BRELSFORD, ANDROVICH & WHITE**
1001 G Street, Suite 301
Sacramento, CA 95814
Phone: (916) 449-1300
Fax: (916) 449-1320
Email: jandrovich@baw-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYSON L. HARE, JR.<br><br>          Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA; COOK MEDICAL, LLC; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-00057-WBS-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Section 41(a), plaintiff GRAYSON L. HARE, JR. and defendants UNITED STATES OF AMERICA and COOK MEDICAL, LLC. by and through their attorneys, hereby stipulate to voluntarily dismiss the entire above-captioned action as to all defendants and all causes of action with prejudice, with each side to bear its own costs, expenses and attorneys' fees.

///

///

//

| | |
|---|---|
| Dated: October 8, 2020 | **BRELSFORD ANDROVICH & WHITE** |
| | By:  /s/ Joseph A. Androvich  <br> JOSEPH A. ANDROVICH <br> Attorney for Plaintiff, GRAYSON L. HARE, JR. |
| Dated: October 8, 2020 | **SHOOK HARDY & BACON, LLP.** |
| | By:  /s/ Michael Kleffner <br> MICHAEL KLEFFNER <br> Attorney for Defendant, COOK MEDICAL, LLC. |
| Dated: October 8, 2020 | |
| | By:  / s/ Jeffrey J. Lodge <br> JEFFREY J. LODGE <br> Attorney for Defendant, UNITED STATES OF AMERICA |

## ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on October 8, 2020, that Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: November 9, 2020

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE